UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LATASHA WALLACE,<br>    Plaintiff,<br><br>v<br><br>NATIONAL RECOVERY AGENCY,<br>    Defendant. | §<br>§<br>§  C. A. No.: 3:17-cv-00564-JCH<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties advise that the matter has been resolved and the case may be closed with leave to reopen within 45 days.

                                              RESPECTFULLY SUBMITTED,

DATED: May 18, 2018

                                      By: */s/ Angela K. Troccoli*
                                              Angela K. Troccoli, Esquire, #ct28597
                                              Kimmel & Silverman, P.C.
                                              *The New England Office*
                                              136 Main Street, Suite 301
                                              Danielson, CT 06239
                                              (860) 866-4380
                                              atroccoli@creditlaw.com

                                              ***Attorney for the Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire