## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LATASHA WALLACE,<br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RECOVERY AGENCY,<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§  C. A. No.: 3:17-cv-00564-JCH<br>§<br>§<br>§<br>§<br>§<br>§ |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| _/s/ Ian J. Gemmell_ | _/s/ Angela K. Troccoli_ |
| Ian J. Gemmell Esq. | Angela K. Troccoli, Esq. |
| Peabody & Arnold, LLP | Kimmel & Silverman, P.C. |
| 600 Atlantic Avenue | The New England Office |
| Boston MA 02210 | 5 Village Plaza Way, Box 2 |
| Phone: (617) 951-2100 | North Scituate, RI 02857 |
| Email: igemmell@peabodyarnold.com | Phone: (800) 668-3247 |
| Attorney for the Defendant | Email: atroccoli@creditlaw.com |
| | Attorney for Plaintiff |
| Date: July 25, 2018 | Date: July 25, 2018 |

BY THE COURT:


　Judge Janet C. Hall　_____
　　　　　　　　　　　　　J.

**Certificate of Service**

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 25th day of July, 2018:

Ian J. Gemmell Esq.
Peabody & Arnold, LLP
600 Atlantic Avenue
Boston MA 02210
Phone:  (617) 951-2100
Email: igemmell@peabodyarnold.com

John J. O'Connor Esq., Esp.
Peabody & Arnold, LLP
600 Atlantic Avenue
Boston MA 02210-2261
Phone: (617) 951-2100
Email: joconnor@peabodyarnold.com

                */s/ Angela K. Troccoli*
                Angela K. Troccoli, Esq.
                Kimmel & Silverman, P.C.
                The New England Office
                5 Village Plaza Way, Box
                2 North Scituate, RI 02857
                Phone:  (800) 668-3247
                atroccoli@creditlaw.com
                Attorney for the Plaintiff